IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| In re: | ) | CASE NO: 05-55354 |
| --- | --- | --- |
|  | ) | Chapter 13 |
| Alicia Dionne Barclay | ) |  |
|  | ) |  |
| Debtor(s). | ) | Judge Marilyn Shea-Stonum |
|  | ) |  |

<u>DEBTOR'S RESPONSE TO MOTION OF CHAPTER 13 TRUSTEE TO DISMISS CASE AND TO VACATE EX PARTE ORDER GRANTING CHAPTER 13 TRUSTEE'S MOTION</u>

<u>HEARING REQUESTED</u>

Now comes the above-captioned debtor, by and through the undersigned counsel, who prays for the entry of an order vacating the *ex parte* order entered herein wherein the Court conditionally granted a motion of the chapter 13 trustee to dismiss the debtor's chapter 13 case. The debtor states the following:

1. On December 9, 2005, the Court entered a conditional order, upon a previously unserved motion of the chapter 13 trustee, and without previous notice or hearing, wherein the Court conditionally dismissed the debtor's case "unless all information requested by the Trustee is provided to the Trustee within thirty (30) days of the Motion, or unless the debtor(s) request a hearing on this matter that specifically sets forth the basis for the hearing. . . ."

2. The "information" sought by the chapter 13 trustee, according to the unserved motion, was an "amended schedule J to reduce charitable contributions."

3. The debtor previously has provided to the chapter 13 trustee information requested by the chapter 13 trustee concerning the amount of the debtor's past charitable giving. A copy of the information provided to the chapter 13 trustee is attached hereto as Exhibit "A." While the debtor has not been able to provide written proof that she has made charitable contributions

in the recent past to the extent that the debtor indicates in her schedule J, the debtor plans to make such charitable contributions going forward and will provide the chapter 13 trustee with proof of future contributions to the extent directed by the Court

      4. The chapter 13 trustee has failed to object to confirmation of the debtor's chapter 13 plan and is attempting to use an *ex parte* procedure to avoid his obligation to object to confirmation of the plan and thus the chapter 13 trustee is attempting to short-circuit the due process assurances of normal plan confirmation procedure. The debtor states that as the charitable contributions set forth by her in her previously-filed schedule J do not exceed 15% of her gross income, any objection by the chapter 13 trustee to the effect that the debtor is not proposing to pay into her plan all of her disposable income as defined by 11 U.S.C. Sec. 1325(b)(2)(A) could not be sustained by the Court.

      5. The Court should not permit the chapter 13 trustee to use an *ex parte* process to subvert Congress's clear intent to allow the debtor to make charitable contributions of up to 15% of her gross income while she is in a chapter 13 case. *See,* The Religious Liberty and Charitable Contribution Protection Act, Pub. L. No. 105-183, 112 Stat. 517 (1998).

      WHEREFORE, the debtor prays that the chapter 13 trustee's motion be overruled and denied and that the ex parte order granting it be vacated. The debtor further prays for such other and further relief as may be equitable and just.

Respectfully Submitted,

/s/ Robert M. Whittington, Jr.
_____
Robert M. Whittington, Jr. 0007851
Elk, Elk & Whittington
159 S. Main St.
Akron, OH 44308
Voice (330) 384 8484
Fax (330) 384 8953
E-mail elkwhitt@neo.rr.com

CERTIFICATE OF SERVICE

A copy of the foregoing was sent by ordinary U.S. Mail, postage prepaid, on December 13, 2005 to those parties whose names and complete addresses appear below.

/s/ Robert M. Whittington, Jr.

Jerome L. Holub, Chapter 13 Trustee
I Cascade Plaza, 20th Floor
Akron, OH 44308

U.S. Trustee
201 Superior Ave. E. #441
Cleveland, OH 44114

P.01/01  
# 05-55354

THE FIRST APOSTOLIC FAITH CHURCH  
790 Easter Ave  
Akron, Oh 44307

Pastor:  
Suffragan Bishop Samuel L. Hampton I.



## Personal Contribution

Alicia Barkely  
1075 LaCroix Ave  
Akron, OH 44307

Report Period 2005  
Starts 01/01/2005  
Ends 12/31/2005

*Give and it shall be given to you, good measure pressed down and shaken together, and running over.*     Luke 6:38a

**Contribution Amount:** $ 693.73. According to the First Apostolic Faith Church Record, this is your total contribution for year 2005. Thank you for you financial support for you have truly been a blessing from God.

Pastor: _(signed)_ Date: 11/02/2005  
Suffragan Bishop Samuel L. Hampton Sr.

Treasurer: _(signed)_ Date: 11/02/2005  
Deacon Oran N. Lincoln

EXHIBIT

faxed to f'tee 11/8/05 @ 9...

** TOTAL PAGE.01 **