**IT IS SO ORDERED.**


**Dated:  09:49 AM January 27 2009**

MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## AT AKRON

| | |
|---|---|
| IN RE: | CASE NO. 05-55354 |
| ALICIA BARCLAY | Chapter 13<br>Judge Marilyn Shea-Stonum |
| Debtor(s). | |

### ORDER GRANTING FINAL MODIFICATION OF AUTOMATIC STAY

This matter came to be considered on the Motion for Relief from Stay ("Motion") filed by National City Bank ("Movant"); and upon the Affidavit of Default by National City Bank; and it appearing to the Court that National City Bank holds the first mortgage describing certain real estate owned by the debtor and located at 1075 LaCroix, Akron, OH  44307, which mortgage loan obligation is in default; and it further appearing that said debtors has failed to comply with the terms of the Agreed Order on Motion for Relief from Stay filed herein on September 27, 2007 and that National City Bank has filed and appropriate Affidavit of Default herein pursuant to the terms of said Agreed Order on Motion for Relief from Stay.

**IT IS ORDERED THAT** the automatic stay invoked herein by Section 362 of the Bankruptcy Code shall be, and hereby is, terminated in all respects as against National City Bank, its successors and assigns.

National City Bank shall make a full accounting to the Court and to the Trustee of all proceeds received from any sale of the subject real estate.

The Trustee shall discontinue Plan payments to National City Bank on its secured claim.

###

**SUBMITTED BY:**

/s/  D. Anthony Sottile

D. Anthony Sottile, Esq. (0075101)
Reisenfeld & Associates, LPA LLC
Attorney for National City Bank
2035 Reading Road
Cincinnati, OH  45202
voice: (513) 322-7000
facsimile: (513) 322-7099
e-mail: dasottile@rslegal.com

**Copies to:**

Alicia Barclay, Debtor
1075 LaCroix
Akron, OH 44307
Regular U.S. Mail

Robert M Whittington, Jr
159 S Main St
Key Bldg
#1023
Akron, OH 44308-1318
Via Electronic Mail

**Keith Rucinski, Trustee**
One Cascasde Plaza Suite 2020
Akron, OH  44308
Via Electronic Mail

Reisenfeld & Associates
 2035 Reading Road
 Cincinnati, Ohio 45202
Via Electronic Mail

Office of the U.S. Trustee
201 Superior Avenue East Suite 441
Cleveland, OH  44114
Via Electronic Mail